# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA M. SERANO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:21CV084 |
| | : | |
| OFFICER KYLE GOLDEN, et al., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 21st day of September 2021, it is hereby ordered that Defendant South Whitehall Township is dismissed with prejudice by agreement of the parties

BY THE COURT:

 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE