IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THERESA M. SERANO<br>　　　　　Plaintiff,<br>v.<br><br>OFFICER KYLE GOLDEN, et al.<br>　　　　　Defendants. | :<br>:  DOCKET NO.: 5:21-cv-00084-JLS<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 6th day of October, 2021, at the request of the settling parties, and upon consideration of the Court's authority to enforce the agreement of the settling parties, it is hereby **ORDERED** and **DECREED** that Plaintiff, Theresa M. Serano, her counsel, Defendant, Kyle Golden, and his counsel, are each barred from making public disclosure of the settlement terms between the parties and of the underlining allegations and claims brought in this matter unless pursuant to other valid legal process following reasonable notice to opposing counsel or further Order of Court.

BY THE COURT:

/s/ Timothy R. Rice
_____
　　　　　　　　　　　　　　　J.

1